UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY BROWN,<br><br>　　　Petitioner,<br><br>　　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　Respondents. | Case No. 3:19-cv-00258-LRH-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 37)** |

In this habeas corpus action, the respondents were due to respond to Petitioner Jerry Brown's amended habeas petition by May 26, 2020. *See* Order entered June 14, 2019 (ECF No. 12) (May 25 is a holiday).

On May 19, 2020, Respondents filed a motion for extension of time (ECF No. 37), requesting an extension of time to June 24, 2020—a 29-day extension—to file their response. Respondents' counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 37) is **GRANTED**. Respondents will have until and including **June 24, 2020**, to file their response to the amended habeas petition.

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 25, 2017 (ECF No. 21) will remain in effect.

DATED this 19th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2