UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JERRY BROWN,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:19-cv-00258-LRH-WGC

**ORDER**

In this habeas corpus action, on January 19, 2021, the respondents filed a Suggestion of Death (ECF No. 47), giving notice that the petitioner, Jerry Brown, has died.

Brown's death extinguishes his habeas claims and renders his petition moot. *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005); *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**. The Clerk of the Court is directed to enter judgment accordingly and close this case.

DATED this 3rd day of February, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE